| | |
|---|---|
| 1 | DAYLE ELIESON<br>United States Attorney |
| 2 | District of Nevada |
| 3 | TINA NAICKER, CSBN 252766<br>Special Assistant United States Attorney |
| 4 | 160 Spear Street, Suite 800<br>San Francisco, California 94105 |
| 5 | Telephone: (415) 268-5611<br>Facsimile: (415) 744-0134 |
| 6 | E-Mail: Tina.Naicker@SSA.gov |
| 7 | Attorneys for Defendant |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TIMOTHY CASEY, | ) | |
| | ) | Case No. 2:18-cv-00546-JAD-GWF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED ORDER]** |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | **(SECOND REQUEST)** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from October 29, 2018 to **November 30, 2018**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel was out of the office for the last two weeks on intermittent sick leave for the flu/acute pneumonia. Counsel also has over 75+ active matters, which requires two or more dispositive motions a week until mid-November. In addition, Counsel has active civil rights and representative misconduct matters that require immediate investigation. Counsel also has a Ninth Circuit brief due in mid-November, which requires multiple levels of review. Due to Counsel's unexpected leave, Counsel became behind on her heavy workload. As such, Counsel needs additional

- 1 -

time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 25, 2018　　　　　/s/ *Young Cho
　　　　　　　　　　　　　　　　(*as authorized by email on October 24, 2018)
　　　　　　　　　　　　　　　　YOUNG CHO
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  October 25, 2018　　　　DAYLE ELIESON
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　By　　/s/  Tina L. Naicker
　　　　　　　　　　　　　　　　TINA L. NAICKER
　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: 10/26/2018　　　　　　　_____
　　　　　　　　　　　　　　　　HON. GEORGE FOLEY, JR
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE