1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   TINA NAICKER, CSBN 252766
3  Special Assistant United States Attorney
   160 Spear Street, Suite 800
4  San Francisco, California 94105
   Telephone: (415) 268-5611
5  Facsimile: (415) 744-0134
   E-Mail: Tina.Naicker@SSA.gov
6
   Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY CASEY, | ) |
| | ) Case No. 2:18-cv-00546-JAD-GWF |
| Plaintiff, | ) |
| | ) |
| v. | ) **JOINT STIPULATION FOR EXTENSION OF** |
| | ) **TIME AND [PROPOSED ORDER]** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) **(FOURTH REQUEST)** |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from December 11, 2018 to **December 12, 2018**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Due to scheduling conflicts for agency and U.S. Attorney review, Counsel has a Ninth Circuit brief due this week. In addition, Counsel has a Ninth Circuit oral argument next week, which requires significant preparation and moot courts. Counsel also had a migraine yesterday and was out of the office on sick leave. Good cause also exists as Counsel had an emergency matter arise in one of her other cases that she must immediately respond to on the date of the current filing deadline. As such, Counsel needs additional time to adequately review the transcript

and properly respond to Plaintiff's Motion for Summary Judgment.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 11, 2018

*/s/ *Cyrus Safa*
(*as authorized by email on December 11, 2018)
CYRUS SAFA
Attorney for Plaintiff

Dated:  December 11, 2018

DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By      */s/  Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: 12/12/2018

HON. GEORGE FOLEY, JR
UNITED STATES MAGISTRATE JUDGE

- 2 -

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED ORDER]** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Attorneys for Plaintiff

Respectfully submitted this 11th day of December 2018,

                                   */s/ Tina L. Naicker*
                                   TINA L. NAICKER
                                   Special Assistant United States Attorney