Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
703 S. Eight St.
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157

Attorneys for Plaintiff Timothy Casey

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY CASEY, | Case No.: 2:18-cv-00546-JAD-EJY |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE ELAYNA J. YOUCHAH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Timothy Casey be awarded attorney fees in the amount of four thousand two hundred dollars

1 ($4,200.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d),
2 and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all
3 legal services rendered on behalf of Plaintiff by counsel in connection with this
4 civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

5      After the Court issues an order for EAJA fees to Timothy Casey, the
6 government will consider the matter of Timothy Casey's assignment of EAJA fees
7 to the Law Offices of Lawrence D. Rohlfing.  The retainer agreement containing
8 the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct.
9 2521, 2529 (2010), the ability to honor the assignment will depend on whether the
10 fees are subject to any offset allowed under the United States Department of the
11 Treasury's Offset Program.  After the order for EAJA fees is entered, the
12 government will determine whether they are subject to any offset.

13      Fees shall be made payable to Timothy Casey, but if the Department of the
14 Treasury determines that Timothy Casey does not owe a federal debt, then the
15 government shall cause the payment of fees, expenses and costs to be made
16 directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
17 executed by Timothy Casey.[1]  Any payments made shall be delivered to the Law
18 Offices of Lawrence D. Rohlfing.

19      This stipulation constitutes a compromise settlement of Timothy Casey's
20 request for EAJA attorney fees, and does not constitute an admission of liability on
21 the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount
22 shall constitute a complete release from, and bar to, any and all claims that

---

25 [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien
26 under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

Timothy Casey and/or the Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: June 8, 2020                Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                          /s/ *Cyrus Safa*
                              BY:_____
                                  Cyrus Safa
                                  Attorney for plaintiff Timothy Casey

DATED: June 8, 2020               NICHOLAS A. TRUTANICH
                                  United States Attorney


                                          /s/ *Tina Naicker*
                                  _____
                                  TINA NAICKER
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  ANDREW SAUL, Commissioner of Social
                                  Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE: June 9, 2020

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

-3-