AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

TIMOTHY CASEY,

          Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00546-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendant. IT IS FURTHER ORDERED that the Commissioner of Social Security is directed to certify the fee of $17,874.00 payable to the Law Offices of Lawrence D. Rohlfing. IT IS FURTHER ORDERED that Counsel, through the Law Offices of Lawrence D. Rohlfing, shall refund $4,200.00 to Plaintiff.

1/14/2022
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk